United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JAQUELINE ABED KAKI,** *et al.*, § § **Plaintiffs,** § § VS. § § **JULIO CESAR CIENFUEGOS GARZA,** *et al.*, § § § **Defendants.** § | CIVIL ACTION NO. 5:22-CV-00100 |

## ORDER

Plaintiffs Jaqueline Abed Kaki and Yadira Brechler (collectively, "Plaintiffs") and Defendants Julio Cesar Cienfuegos Garza d/b/a Grupo Cien Transportation and Alejandrino Castaneda Sosa (collectively, "Defendants") filed a Joint Stipulation of Dismissal with Prejudice, which the Court construes as a self-effectuating joint stipulation of dismissal under Rule 41(a)(1)(A)(ii). (Dkt. 30.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 30 at 2.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that all claims by Plaintiffs against Defendants are dismissed with prejudice, with parties to bear their own costs. (Dkt. 30, Attach. 1 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 16, 2024.

_____
Diana Saldaña
United States District Judge